

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| READYONE INDUSTRIES, INC., and IRMA RIVERA, | § | No. 08-14-00263-CV |
| | § | |
| Appellants, | § | Appeal from the |
| | § | |
| v. | § | 243rd Judicial District Court |
| | § | |
| MANUEL RAMIREZ, | § | of El Paso County, Texas |
| | § | |
| Appellee. | § | (TC# 2014-DCV-1389) |
| | § | |

## J U D G M E N T

The Court has considered this cause on the joint motion for order effectuating agreement of the parties and disposing of appeal and concludes the motion should be granted. It is further ordered that the trial court's order denying Appellants' Motion to Compel Arbitration and Stay Proceeding is reversed and judgment is rendered in favor of Appellants, in accordance with the opinion of this Court. Costs of the appeal are taxed against the Appellants. *See* TEX.R.APP.P. 42.1(d). This decision shall be certified below for observance.

IT IS SO ORDERED THIS 16TH DAY OF OCTOBER, 2015.

YVONNE T. RODRIGUEZ, Justice

Before Rodriguez, J., Barajas, and Larsen, Senior Judges
Barajas and Larsen, (Senior Judges)(Sitting by Assignment)